UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TERENCE L. CAMPBELL

        Defendant.
_____/

Case No. 2:25-cr-20320

HONORABLE STEPHEN J. MURPHY, III

### ORDER STRIKING EX PARTE MOTION ALLOWING LAPTOP INTO CORRECTIONAL FACILITY

Defendant filed an Ex Parte Motion Allowing Laptop into a Correctional Facility (ECF No. 51) and included a proposed order as an attachment.

**IT IS ORDERED** that the Ex Parte Motion Allowing Laptop into Correctional Facility is **STRICKEN**.

**IT IS FURTHER ORDERED** that Defendant shall file only the motion on the docket.

**IT IS FURTHER ORDERED** that the proposed order shall be submitted to the Court separately through the "Utilities" link in the ECF system.

**SO ORDERED.**

                                            s/ Stephen J. Murphy, III
                                            STEPHEN J. MURPHY, III
                                            United States District Judge

Dated: December 11, 2025