# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.

TERENCE LAMAR CAMPBELL,

    Defendant 1.

Case No. # 2:25-cr-20320

HON. STEPHEN J. MURPHY III

## EXPARTE MOTION ALLOWING LAPTOP INTO CORRECTIONAL FACILITY

Defendant Terence Campbell, through his attorney, Michael Norman of the Law Offices of Barton Morris, respectfully requests that this Court order that Michael Norman's laptop computer containing electronic discovery material, be allowed into Defendant's place of incarceration so that Defendant can view the discovery material, due to the refusal of the correctional facility to allow a laptop into their facility without a court order.

Respectfully submitted,

THE LAW OFFICES OF BARTON MORRIS

By: /s/ Michael E. Norman
Michael E. Norman (P75844)
Counsel for Defendant 1
801 W Big Beaver Road, Suite 600
Troy, MI 48084
(248) 541-2600
Email: mike@bartonmorris.com

Dated: December 11, 2025

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 11, 2025, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, for uploading and service by electronic notice to counsel and parties authorized to receive electronically Notices of Electronic Filing.

          Respectfully submitted,

          THE LAW OFFICES OF BARTON MORRIS

          By:   */s/ Michael E. Norman*
                  Michael E. Norman (P75844)
                  Counsel for Defendant 1
                  801 W Big Beaver Road, Suite 600
                  Troy, MI 48084
                  (248) 541-2600
                  Email: mike@bartonmorris.com