# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,                          Case No. # 2:25-cr-20320

v.

                                   Hon. Stephen J. Murphy III

TERENCE L. CAMPBELL,

    Defendant.

## ORDER ALLOWING LAPTOP INTO CORRECTIONAL FACILITY

Upon Defendant's need to view electronic discovery material in the correctional facility housing defendant, and the Court being aware that the correctional facility requires a court order to allow a laptop into the facility;

**IT IS ORDERED** that attorney Michael Norman's laptop computer containing electronic discovery material be allowed into Defendant's place of incarceration so that the Defendant can view the discovery material.

**SO ORDERED**.

                                       s/Stephen J. Murphy, III
                                       STEPHEN J. MURPHY III
                                       United States District Court Judge

Date: December 11, 2025